FREDERICK HERRMANN, Respondent, v. LOBLAW, INC., Appellant, and EMGOL, INC., Respondent.—

834

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.